UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-61136-CIV-MORENO**

DONALD YARBROUGH,

    Plaintiff,

vs.

CREDIT CONTROL SERVICES, INC., d/b/a
CREDIT COLLECTION SERVICES, et al.,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT CREDIT CONTROL SERVICES, INC. MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNTS I, II, III, AND V

THIS CAUSE came before the Court upon Defendant Credit Control Services, Inc., d/b/a Credit Control Services **(D.E. No. 15)**, filed on **February 4, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Pursuant to S.D. Fla. 7.1(C), the Court finds sufficient grounds for granting this motion by default due to Plaintiff's failure to respond. Accordingly, it is

**ADJUDGED** that Counts I, II, III, and V are DISMISSED with prejudice as to Defendant Credit Control Services, Inc., d/b/a Credit Control Services.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record