UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **09-61136-CIV-MORENO**

DONALD YARBROUGH,

    Plaintiff,

vs.

CREDIT CONTROL SERVICES, INC., d/b/a
CREDIT COLLECTION SERVICES, et al.,

    Defendants.

_____/

## ORDER GRANTING DEFENDANT QUEST DIAGNOSTICS, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNT V

THIS CAUSE came before the Court upon Defendant Quest Diagnostics, Inc., Motion for Judgment on the Pleadings **(D.E. No. 21)**, filed on **March 19, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Pursuant to S.D. Fla. 7.1(C), the Court finds sufficient grounds for granting this motion by default due to Plaintiff's failure to respond. Accordingly, it is

**ADJUDGED** that Count V is DISMISSED with prejudice as to Defendant Quest Diagnostics, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this /3th day of April, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record