UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61136-CIV-MORENO

DONALD YARBROUGH,

    Plaintiff,

vs.

CREDIT CONTROL SERVICES, INC., d/b/a
CREDIT COLLECTION SERVICES, and QUEST
DIAGNOSTICS INCORPORATED,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION FOR FINAL JUDGMENT

THIS CAUSE came before the Court upon Defendants' Motion for Final Judgment (**D.E. No. 36**), filed on **April 28, 2010**.

THE COURT has considered the motion and the pertinent portions of the record. The Court having granted Credit Control Service's Motion for Judgment on the Pleadings at to Count I, II, III, and V (**D.E. No. 20**), and having granted Quest Diagnostics Incorporated's Motion for Judgment on the Pleadings as to Count V (**D.E. No. 32**), it is

**ADJUDGED** that the motion is GRANTED. Final Judgment shall be entered in favor of Defendant Credit Control Services, Inc., d/b/a Credit Control Services with regards to Counts I, II, III, and V of the complaint and against Plaintiff Donald A. Yarbrough. Final Judgment shall also be entered in favor of Defendant Quest Diagnostics Incorporated and against Plaintiff Donald A. Yarbrough with regard to Count V.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record