UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-61136-CIV-MORENO

DONALD YARBROUGH,

    Plaintiff,

vs.

CREDIT CONTROL SERVICES, INC., d/b/a CREDIT
COLLECTION SERVICES, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANTS' MOTIONS FOR ATTORNEY'S FEES

THE MATTER was referred to the Honorable Andrea M. Simonton, United States Magistrate Judge, for a Report and Recommendation on Defendant Quest Diagnostics Inc.'s Motion for Attorney's Fees **(D.E. 41)**, filed on **May 20, 2010** and Defendant Credit Control Services, Inc.'s Motion for Attorney's Fees **(D.E. 42)**, filed on **May 28, 2010**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 55)** on **February 12, 2011** recommending that the above motions be denied. Objections to the Report and Recommendation were due by March 1, 2011; to date no objections have been filed. The Court has reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Andrea M. Simonton's Report and Recommendation **(D.E. No. 55)** on **February 12, 2011** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendants' Motions for Attorney's Fees **(D.E.s 41 & 42)** are DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Andrea M. Simonton

Counsel of Record